# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE and JOHN DOE,**<br><br>Plaintiffs,<br><br>-against-<br><br>**LOUIS LEONELLI, COMMUNITY OF FRANCISCAN FRIARS OF THE RENEWAL, SAINT ADALBERT'S CHURCH, SAINT ANTHONY SHELTER FOR RENEWAL, SAINT CRISPIN'S FRIARY, and ARCHDIOCESE OF NEW YORK,**<br><br>Defendants. | Civil Action No. 22-cv-3732<br><br><br>**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS** |

PLEASE TAKE NOTICE that, upon this Motion for Leave to Proceed Using

Pseudonyms and upon all pleadings and declarations herein, Plaintiffs will move

1

this Court in the United States Courthouse, Southern District of New York, located at 500 Pearl Street, New York, for leave to proceed using pseudonyms.

New York, New York
May 8, 2022

Respectfully submitted,

Daniel N. Arshack
Arshack, Hajek & Lehrman PLLC
1790 Broadway, Suite 710
New York, N.Y. 10019
(212) 582-6500
dan@lawahl.com
*Attorney for Plaintiffs*