AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Jane Doe and John Doe<br><br>*Plaintiff(s)*<br>v.<br>Louis Leonelli, Community of Franciscan Friars of the Renewal, Saint Adalbert's Church, Saint Anthony Shelter for Renewal, Saint Crispin Friary, Archdiocese of New York<br>*Defendant(s)* | ))))))))))))) | Civil Action No. 1:22 cv 3732 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Louis Leonelli
Saint Anthony Shelter for Renewal
410 East 156th Street
Bronx NY 10455


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel N. Arshack, Esq.
Arshack, Hajek & Lehrman PLLC
1790 Broadway, Suite 710
New York, N.Y. 10019


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____
*Signature of Clerk or Deputy Clerk*