UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────── x

JANE DOE and JOHN DOE,

        Plaintiffs,

    -against-

LOUIS LEONELLI, COMMUNITY
OF FRANCISCAN FRIARS OF THE
RENEWAL, SAINT ADALBERT'S
CHURCH, SAINT ANTHONY
SHELTER FOR RENEWAL, SAINT
CRISPIN'S FRIARY, and
ARCHDIOCESE OF NEW YORK,

        Defendants.

───────────────────────────────── x

No. 22-cv-3732 (CM)

**ORDER**

McMahon, J.

    The initial conference set for 9/8/2022 at 10:15 AM is adjourned. A new date will be posted to the ECF in the coming week.

Dated: September 7, 2022

                                                     U.S.D.J.

BY ECF TO ALL COUNSEL

1