# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE and JOHN DOE, <br><br> Plaintiffs, <br><br> -against- <br><br> LOUIS LEONELLI, COMMUNITY OF FRANCISCAN FRIARS OF THE RENEWAL, SAINT ADALBERT'S CHURCH, SAINT ANTHONY SHELTER FOR RENEWAL, SAINT CRISPIN'S FRIARY, and ARCHDIOCESE OF NEW YORK, <br><br> Defendants. | Civil Action No.1:22- cv- 3732 <br><br> ~~Proposed~~ Order <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 11/30/2022 |

ORDER

McMahon, J.

The initial conference set for December 1, 2022 at 10:15 a.m. is adjourned to February 1, 2022, unless this matter is dismissed before that date. The parties should dial in at 1(888)363-4749, access code (9054506) to join the conference Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

*[signature]*

Dated: ~~October~~ November 30, 2022

U.S.D.J.

BY ECF TO ALL COUNSEL