# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE and JOHN DOE,**<br><br>Plaintiffs,<br><br>-against-<br><br>**LOUIS LEONELLI, COMMUNITY OF FRANCISCAN FRIARS OF THE RENEWAL, SAINT ADALBERT'S CHURCH, SAINT ANTHONY SHELTER FOR RENEWAL, SAINT CRISPIN'S FRIARY, and ARCHDIOCESE OF NEW YORK,**<br><br>Defendants. | Civil Action No. 22-cv-3732<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs JANE DOE and JOHN DOE hereby gives notice that this action is voluntarily dismissed with prejudice. See Fed. R. Civ. P. 41(a)(1)(B). .Defendants  LOUIS LEONELLI, COMMUNITY OF FRANCISCAN FRIARS OF THE RENEWAL, SAINT ADALBERT'S CHURCH, SAINT ANTHONY SHELTER FOR RENEWAL,

SAINT CRISPIN'S FRIARY, and ARCHDIOCESE OF NEW YORK have not served an answer or motion for summary judgment in this action.

New York, New York
January 17, 2023

        Respectfully submitted,

        *[signature]*

        Daniel N. Arshack
        Arshack, Hajek & Lehrman PLLC
        1790 Broadway, Suite 710
        New York, N.Y. 10019
        (212) 582-6500
        dan@lawahl.com
        *Attorney for Plaintiffs*